IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:23-CV-01741 |
| SHOTO, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, SALVADOR SEGOVIA, JR. and Defendant, SHOTO, INC., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 19th day of September, 2023.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

>*/s/  Blair C. Maslowski*
>Blair C. Maslowski, Esq.
>Southern District of Texas ID No. 3669071
>Roger G. Jain & Associates, P.C.
>9301 Southwest Freeway, Suite 250
>Houston, TX  77074
>Tel:  713-981-0600
>Email:  blair@rogergjain.com
>
>Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of September, 2023, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

>/s/  Douglas S. Schapiro
>Douglas S. Schapiro
>State Bar No. 54538FL